IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Crawford, Deloris

Printed: 9/23/08

Case Number: 08 B 02579
Judge: Squires, John H
Filed: 2/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: September 15, 2008
Confirmed: April 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,450.00 |  |
| Secured: |  | 1,300.00 |
| Unsecured: |  | 40.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 958.54 |
| Trustee Fee: |  | 151.46 |
| Other Funds: |  | 0.00 |
| Totals: | 2,450.00 | 2,450.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 1,895.00 | 958.54 |
| 2. | Wells Fargo Auto Finance | Secured | 8,267.31 | 1,300.00 |
| 3. | Macy's | Unsecured | 678.76 | 0.00 |
| 4. | Discover Financial Services | Unsecured | 8,576.79 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 2,288.49 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 2,408.39 | 0.00 |
| 7. | Wells Fargo Auto Finance | Unsecured | 1,420.73 | 0.00 |
| 8. | Bass & Associates | Unsecured | 451.87 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 4,013.08 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 1,204.15 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 339.10 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 4,270.53 | 0.00 |
| 13. | Chase Bank | Unsecured | 1,832.32 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 13,460.01 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 2,346.73 | 0.00 |
| 16. | Dell Financial Services, Inc | Unsecured | 786.25 | 40.00 |
| 17. | America's Financial Choice Inc | Unsecured | 660.63 | 0.00 |
| 18. | Cook County Treasurer | Secured |  | No Claim Filed |
| 19. | Chase | Unsecured |  | No Claim Filed |
| 20. | Lord & Taylor | Unsecured |  | No Claim Filed |
| 21. | ARS | Unsecured |  | No Claim Filed |
| 22. | Westbury | Unsecured |  | No Claim Filed |
| 23. | Ameriquest | Unsecured |  | No Claim Filed |
| 24. | First Cash Advance | Unsecured |  | No Claim Filed |
| 25. | South Shore Hospital | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Crawford, Deloris | | Case Number: 08 B 02579 |
|---|---|---|---|
| | | | Judge: Squires, John H |
| | Printed: 9/23/08 | | Filed: 2/5/08 |

| | | | | |
|---|---|---|---|---|
| 26. | National City | Unsecured | | No Claim Filed |
| 27. | Oxford Management Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 54,900.14 | $ 2,298.54 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 38.24 |
| 6.5% | 113.22 |
| | _____ |
| | $ 151.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____